IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj06-CSC |
| | ) | |
| MANUEL RAYOS | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **MANUEL RAYOS**, in the above-styled case.

Dated this 30th day of January 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07mj06-CSC |
| | ) | |
| **MANUEL RAYOS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                Respectfully submitted,

                                s/ Kevin L. Butler
                                KEVIN L. BUTLER
                                First Assistant Federal Defender
                                201 Monroe Street, Suite 407
                                Montgomery, Alabama 36104
                                Phone: (334) 834-2099
                                Fax: (334) 834-0353
                                E-mail: kevin_butler@fd.org
                                AZ Bar Code: 014138