IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07mj06-CSC |
| | ) | |
| **MANUEL RAYOS** | ) | |

### DEFENDANT'S WAIVER OF DETENTION HEARING

**COMES NOW** the Defendant, Manuel Rayos, by and through undersigned counsel, Kevin L. Butler, and submits this waiver of detention hearing. In light of pending detainers, Mr. Rayos agrees that it is not in his best interest to contest his detention at this time. Mr. Rayos reserves the right to reopen this matter, if new and material evidence warrants his release. See, 18 U.S.C. § 3142(f).

Dated this 30th day of January 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07mj06-CSC |
| | ) | |
| **MANUEL RAYOS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138